UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHON LEE RICHES©
d/b/a "SECURED PARTY,"

        Plaintiff,        CASE NUMBER: 07-13041
                                   HONORABLE VICTORIA A. ROBERTS

v.

GUANTANAMO BAY, THE HAGUE,
ABU GHRAIB PRISON, SOVIET GULAG
ARCHIPELAGO, BELLEVUE HOSPITAL,
TEHRAN IRANS EVIN PRISON, RICKERS ISLAND,
UNITED STATES PENITENTIARY COLEMAN
FLORIDA, AUSCHWITZ CONCENTRATION CAMP,
SAN QUENTIN, CHESTER COUNTY PRISON
PENNSYLVANIA, GENEVA CONVENTION, MY LAI
MASSACRE, ATTICA CORRECTIONAL FACILITY, COOL
HAND LUKE, COOK COUNTY JAIL, ROBBINS ISLAND,
BATAAN DEATH MARCH, ALCATRAZ PENITENTIARY,
GEO GROUP, NAVY BRIG CHARLESTON S.C.,
"TDCJ" TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
HILLSBOROUGH COUNTY JAIL TAMPA FLORIDA;
SHAWSHANK REDEMPTION, CORRECTION CORP. OF
AMERICA "CCA",

        Defendants.
_____/

## ORDER DISMISSING PLAINTIFF'S COMPLAINT

Jonathon Lee Riches ("Plaintiff") filed a Complaint against Guantanamo Bay, The Hague, Abu Grab Prison, Soviet Gulag Archipelago, Bellevue Hospital, Tehran Iran's Evin Prison, Riker's Island, United States Penitentiary Coleman Florida, Auschwitz Concentration Camp, San Quentin, Chester County Prison Pennsylvania, Geneva Convention, My Lai Massacre, Attica Correctional Facility, Cool Hand Luke, Cook

County Jail, Robbins Island, Bataan Death March, Alcatraz Penitentiary, Geo Group, Navy Brig Charleston S.C., "TDCJ" Texas Department Criminal Justice, Hillsborough County Jail Tampa Florida, Shawshank Redemption, Correction Corp. Of America "CCA" (collectively "Defendants"). Plaintiff alleges that Defendants *inter alia* engaged in a conspiracy to: 1) kidnap his mind; 2) steal his identity; 3) violate his copyrighted name; 4) force him to eat rats; and 5) subject him to microwave testing. Plaintiff seeks $728 trillion dollars in damages.

The Court generally may not *sua sponte* dismiss a complaint where the filing fee has been paid unless the court gives the plaintiff the opportunity to amend the complaint. *Tingler v. Marshall*, 716 F.2d 1109, 1111-12 (6th Cir.1983). A dismissal, however, is warranted "pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure when the allegations of a complaint are totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion." *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir.1999); *see also Dekoven v. Bell*, 142 F.Supp.2d 748, 755 (E.D.Mich. 2001). A complaint may be dismissed as frivolous "where it lacks an arguable basis either in law or in fact" and includes allegations that are "clearly baseless", "fantastic", or "delusional." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also*, *Denton v. Hernandez*, 504 U.S. 25, 32 (1992).

Because Plaintiff's allegations are baseless, fantastic and delusional, the Court dismisses his Complaint.

**IT IS SO ORDERED**.

Dated: 8/8/07

S/Victoria A. Roberts  
Victoria A. Roberts  
United States District Judge

The undersigned certifies that a copy of this document was served on the attorneys of record and pro se plaintiff by electronic means or U.S. Mail on August 8, 2007.

s/Carol A. Pinegar
Deputy Clerk